

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-15-00283-CV

**Mary Olive Calkins, by and through Agent-in-fact, Richard Stephen Calkins**

**v.**

**Susan Gardner and Crain, Caton & James, P.C.**

NO. 2008-75812-B IN THE 61ST DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 06/02/2015 | E-PAID | ANT |
| CLK RECORD | $107.00 | 04/16/2015 | PAID | ANT |
| FILING | $195.00 | 03/27/2015 | NOT PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $312.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this August 28, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**